**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| SANDRA C. FUIT, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) Case No. 21 C 50411 |
| v. | ) |
| | ) Judge Iain D. Johnston |
| NORTHERN ILLINOIS MEDICAL CENTER | ) |
| d/b/a NORTHWESTERN MEDICINE | ) Magistrate Judge Lisa A. Jensen |
| MCHENRY HOSPITAL, | ) |
| | ) |
|       Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Sandra C. Fuit, on behalf of herself, and Defendant Northern Illinois Medical Center, by its attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, agrees that, effective with filing of this Joint Stipulation of Dismissal, all claims pending in this matter against Defendant shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  March 2, 2023                                    Respectfully submitted,


 /s/ Antonio Caldarone                        /s/ Sandra C. Fuit

Antonio Caldarone                            Sandra C. Fuit
Amber N. Lukowicz                        *Pro Se* Plaintiff
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
acaldarone@lanermuchin.com
alukowicz@lanermuchin.com

Attorneys for Defendant